IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DANIEL RAY BROWN, ADC # 88140**  PLAINTIFF

v.  Case No. 5:10-cv-326-DPM-BD

ARKANSAS DEPARTMENT OF CORRECTION;
RAY HOBBS; ROGER CAMERON; RON
CHISM; OBADIAH DAVIS; SHANTRICE
SHAVERS; ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION; KENT
VILLINES; JAMES L. WILLIAMS; DAVID
EBERHARD; ARKANSAS BOARD OF
PARDONS & PAROLES; JOHN FELTS;
and JOHNSON  DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition in this prison-condition case and conducted a careful review of the record. Brown filed no objections. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Judge Deere's Partial Recommended Disposition as its own. FED R. CIV. P. 72(b).

Brown's claims against the Arkansas Department of Correction, the Arkansas Department of Community Correction, the Arkansas Board of Pardons and Parole, and John Felts are dismissed with prejudice. Brown's claims against Villines and Williams are dismissed without prejudice. To the extent his complaint (as supplemented) alleges a race-discrimination claim and a breach-of-confidentiality claim, those claims are also dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 Jan. 2011