IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


DANIEL RAY BROWN
ADC #88140                                                                                        PLAINTIFF


v.                              No. 5:10-cv-326-DPM-BD


RAY HOBBS; ROGER CAMERON;
RON CHISM; OBADIAH DAVIS;
SANTRICE SHAVERS; DAVID
EBERHARD; and MARCIE JOHNSON                                           DEFENDANTS


ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, *Document No. 44*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal in its entirety.

The Defendants' motion for summary judgment, *Document No. 33*, is granted in part and denied in part. Brown's claims against Defendants

Hobbs, Cameron, Davis, Shavers, and Eberhard are dismissed without prejudice based on no exhaustion. Brown may proceed on his deliberate-indifference claims against Chism and Johnson, but only in their individual capacities.

    So Ordered.

    */s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2011