**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DANIEL RAY BROWN,**                                                               **PLAINTIFF**
**ADC #88140**

v.                     Case No. 5:10-cv-00326-KGB/BD

**RON CHISM AND
MARCIE JOHNSON**                                                     **DEFENDANTS**

### JUDGMENT

Pursuant to the Court's findings of fact and conclusions of law of October 28, 2014 (Dkt. No. 86), judgment is entered dismissing this case with prejudice. The relief sought is denied.

SO ORDERED this the 5th day of November, 2014.

_____
Kristine G. Baker
United States District Judge